PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Anthony Peterson            **Docket Number:** 93-00010-001
                                                                                               **PACTS Number:** 4064

**Name of Original Sentencing Judicial Officer:** Honorable William G. Bassler
**Reassigned to Judicial Officer:** Honorable Faith S. Hochberg

**Date of Original Sentence:** 09/19/2003

**Original Offense:** Conspiracy to Commit Bank Robbery; Bank Robbery; Use of a Firearm in Relation to a Crime

**Original Sentence:** 138 months imprisonment; 5 years supervised release; $150 total special assessment; $5,500 fine. Special conditions: Drug testing and/or treatment; mental health evaluation and/or treatment.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 11/18/04

**Assistant U.S. Attorney:** Ronald Wigler, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** John C. Whipple, Esq., Carriage Court II, 264 South Street, Morristown, New Jersey 07960, (973) 455-9921

---

## PETITIONING THE COURT

[X] To issue a warrant as a detainer
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On March 12, 2009, Anthony Peterson was arrested by the New Brunswick Police Department following an armed bank robbery which ended in a shoot-out with police. Peterson has been charged with attempting to elude police (2C:29-2B), possession of a firearm for an unlawful purpose (2C:39-4A), and criminal attempt to commit murder (2C:5-1A). Peterson is incarcerated at the Middlesex County Jail. Additional bank robbery charges will likely be filed by the FBI. |

PROB 12C - Page 2
Anthony Peterson

2      The offender has violated the supervision condition which states 'You shall not associate with any person engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.'

         According to preliminary reports from the arresting officers, at the time the offender was arrested, he was associating with three other individuals, James Phillips, Samuel Dobson, and James Holmes, who have prior felony convictions.

3      The offender has violated the supervision condition which states 'The defendant shall not possess a firearm or destructive device.'

         According to preliminary reports from the arresting officers, following the bank robbery on March 12, 2000, the offender and his co-conspirators became involved in an exchange of gun fire with police.

         I declare under penalty of perjury that the foregoing is true and correct.

By: Anthony J. Nisi

U.S. Probation Officer
Date: 3/13/09

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

3/13/09
Date